### VINCENT MARONE *v.* CITY OF WATERBURY

*George C. Springer, Jr.*, in support of the petition.

*Mary C. Pokorski*, assistant corporation counsel, in opposition.

Decided May 29, 1997

### STATE OF CONNECTICUT *v.* GERALD HORNE

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 923 (AC 14642), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Neal Cone*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided May 29, 1997

### JOHN NAJDA *v.* SALVATORE M. LOCICERO, SR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 923 (AC 15687), is denied.